~~NOT FOR PUBLIC VIEW~~

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
JAN 07 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Facebook, Inc., 1601 Willow Road, Menlo Park, CA ) Case No. **19MJ5639**
94025 (Facebook ID 100019846267598) )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Northern     District of     California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     1/1/20     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Michael S. Berg     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     12/18/19 1400     _____
                                                                                *Judge's signature*

City and state:     San Diego, CA     Hon. Hon. Michael S. Berg
                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 19MJ5639 | Date and time warrant executed: 12/19/2019 @ 10:16 AM | Copy of warrant and inventory left with: Facebook Law Enforcement Response Team |
|---|---|---|

Inventory made in the presence of: FB Pending Results - HSI SA Matthew Steuernagel

Inventory of the property taken and name of any person(s) seized:

To be determined by Facebook Law Enforcement Response Team. Analysis is Pending.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/27/19

*Executing officer's signature*

Special Agent Matthew Steuernagel, HSI
*Printed name and title*

## **ATTACHMENT A**

## PROPERTY TO BE SEARCHED

Facebook, Inc. is an Internet Service Provider with its primary computer information systems and other electronic communications and storage systems, records, and date located at Facebook, Inc., Attn: Security Department/Custodian of Records, 1601 Willow Road, Menlo Park, California 94025.

## ATTACHMENT B
ITEMS TO BE SEIZED

**I.**  Service of Warrant

The officer executing the warrant shall permit Facebook, Inc., as custodian of the computer files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

**II.**  Items to be provided by the ISP

All subscriber and/or user information, all electronic mail, images, text messages, histories, phone and VoIP logs, contacts or friend lists, profiles, method of payment, detailed billing records, access logs, backup data, transactional data, and any other files or records associated with the following account and screen name:

> Facebook Name: "Erika Quijada"
> Facebook ID No.: 100019846267598
> Facebook URL: www.facebook.com/erika.quijada.520

**III.**  The search of the data supplied by Facebook, Inc. pursuant to this warrant will be conducted by Homeland Security Investigations as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the period of July 17, 2019 and October 19, 2019 and to the seizure of:

a.  Communications, records, and attachments tending to discuss or establish importation or distribution of controlled substances, or conspiracies or agreements to do so;

b.  Communications, records, and attachments tending to identify locations of narcotics being distributed or imported into the United States;

c.  Communications, records, and attachments tending to identify Blanca Herrera, Daboss Daboss, and any co-conspirators involved in the activities in III(a)-(b) above; and

d.  Communications, records, and attachments that provide context to any communications described above, such as electronic mail sent or received in temporal proximity to any relevant electronic mail and any electronic mail tending to identify users of the subject accounts;

which are evidence of violations of 21 U.S.C. §§ 952, 960 and 963.